Case 1:08-cv-01860   Document 3   Filed 04/01/2008   Page 1 of 1



# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

RONALD ROBERTSON
v.
CHICAGO TRANSIT AUTHORITY

**08CV1860**
**JUDGE ST EVE**
**MAG. JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RONALD ROBERTSON

| | |
|---|---|
| NAME (Type or print) Teresa Woods | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Teresa Wood | |
| FIRM Law Offices of Teresa Searcy Woods, P.C. | |
| STREET ADDRESS 30 N. LaSalle, Ste. 3400 | APR 01 2008 |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6209994 | TELEPHONE NUMBER 312-558-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

FILED
APR - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT