## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 08CV1860

Ronald Robertson
          Plaintiff,

v.

Chicago Transit Authority

          Defendant.

AN APPERANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO TRANSIT AUTHORITY

| |
|---|
| NAME (Type or print) <br> Brad L. Jansen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Brad L. Jansen |
| FIRM <br> CHICAGO TRANSIT AUTHORITY |
| STREET ADDRESS <br> 567 WEST LAKE STREET |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS  60680-7564 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) — 6814335     TELEPHONE NUMBER — (312) 681-2950 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |