AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*Alias*

### SUMMONS IN A CIVIL CASE

RONALD ROBERTSON

CASE NUMBER: 08 CV 1860

V.

ASSIGNED JUDGE: AMY ST. EVE

CHICAGO TRANSITY AUTHORITY

DESIGNATED MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

CHICAGO TRANSIT AUTHORITY
CARE OF: OFFICE OF THE SECRETARY
567 W. LAKE STREET, 2ND FLOOR
CHICAGO, ILLINOIS 60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF TERESA SEARCY WOODS, P.C.
30 NORTH LASALLE, SUITE 3400
CHICAGO, ILLINOIS 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR - 4 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me ⁽¹⁾ | DATE 4/4/2008 |
| NAME OF SERVER *(PRINT)* Shanna Sandifer | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Chicago Transit Authority
Care of: Offices of the Secretary 567 W. Lake St, 2nd Fl, Chicago, IL 60661
— Magdalena Rodriguez

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
APR 08 2008 T.C.
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/4/2008
Date

Signature of Server

30 N. LaSalle, Ste. 3400
Chicago, IL 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Law Offices
# TERESA SEARCY WOODS, P.C.

30 NORTH LASALLE, SUITE 3400
TELEPHONE: (312) 558-3200
FACSIMILE: (312) 558-3201

ACKNOWLEDGEMENT OF RECEIPT OF MESSENGER DELIVERY

Description of Document(s): ALIAS SUMMON AND COMPLAINT ATTACHED

I hereby acknowledge receipt of documents delivery addressed to:

CHICAGO TRANSIT AUTHORITY
CARE OF: OFFICES OF THE SECRETARY
567 W. LAKE STREET, 2ND FLOOR
CHICAGO, ILLINOIS 60661

Printed Name: Magdalena Rodriguez
Received By: Magdalena Rodriguez
Date: 4/4/08          Time: 11:03 AM