AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RONALD ROBERTSON

V.

CHICAGO TRANSIT AUTHORITY

CASE: **08CV1860**
ASSIGNED JUDGE: **JUDGE ST EVE**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE MASON**

TO: (Name and address of Defendant)

CHICAGO TRANSIT AUTHORITY
LAW DEPARTMENT GENERAL COUNSEL
ATTN: KAREN ROWAN
567 W. LAKE STREET, 6TH FLOOR
CHICAGO, ILLINOIS 60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF TERESA SEARCY WOODS, P.C.
30 NORTH LASALLE, SUITE 3400
CHICAGO, ILLINOIS 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

**APR - 1 2008**
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/1/2008 |
| NAME OF SERVER (PRINT) Shonna Sandifer | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Chicago Transit Authority, Law Department General Counsel, Care of: Dave Greco, 567 W. Lake St, Chicago, IL 60661

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
APR 0 8 2008 TC
Apr 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/1/2008
Date

Signature of Server

30 N. LaSalle, Ste. 3400
Chicago, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Law Offices
# TERESA SEARCY WOODS, P.C.

30 NORTH LASALLE, SUITE 3400
TELEPHONE: (312) 558-3200
FACSIMILE:  (312) 558-3201

ACKNOWLEDGEMENT OF RECEIPT OF MESSENGER DELIVERY

Description of Document(s):  SUMMON AND COMPLAINT ATTACHED

I hereby acknowledge receipt of documents delivery addressed to:

CHICAGO TRANSIT AUTHORITY
LAW DEPARTMENT  GENERAL COUNSEL
567 W. LAKE STREET, 6TH FLOOR
CHICAGO, ILLINOIS 60661

**Printed Name:** _____

**Received By:** _____

Date: 4/1/2008      Time: 3:58 p.m.

Note: Left with Dave Greco, did not want to execute documents on 4/1/2008.

*[signature]*