IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD ROBERTSON, ) | | |
|     Plaintiff, ) | | |
| v. ) | NO. | 08 C 1860 |
| ) | | |
| CHICAGO TRANSIT AUTHORITY, ) | Judge Amy St. Steve | |
| ) | | |
|     Defendant. ) | Magistrate Judge Mason | |

JOINT INITIAL STATUS REPORT

    Pursuant to order of the court dated April 8, 2008, the parties, Plaintiff, Ronald Robertson, by his attorney, Law Offices of Teresa Searcy Woods, P.C. and Defendant, Chicago Transit Authority, by its attorney, Brad L. Jansen, hereby file their Report of Parties Planning Meeting, and submit the initial status report.

    1.    <u>The Nature of the Case</u>

        A.    Lead attorneys are:
                Teresa Searcy Woods, attorney for Plaintiff, Ronald Robertson, ("Robertson")
                Brad L. Jansen, attorney for Defendant, Chicago Transit Authority ("CTA")

        B.    The basis for federal jurisdiction is 28 U.S.C. 1343 (a)3 and (4) and 28 U.S.C. 1331.

        C.    Plaintiff, Robertson, asserts that he was discriminated against by Defendant, CTA on the basis of his race, black, and suffered harassment, disparate treatment, a hostile work environment. Plaintiff also asserts that he suffered retaliation after engaging in protected activity.

        D.    Legal Issues: Whether Defendant discriminated against Plaintiff on the basis of his race, black. Whether Defendant retaliated against Plaintiff after Plaintiff engaged in protected activity.

                Factual Issues: Plaintiff asserts that from 1998 up to the date of Plaintiff's termination, Defendant harassed Plaintiff and subjected Plaintiff to different terms and conditions than White employees. Defendant denies all allegations. Plaintiff asserts that on March 17, 2005 Defendant retaliated

    against Plaintiff for engaging in protected activity and terminated Plaintiff. Defendant denies all allegations.

  E. Plaintiff seeks back pay from the date of Plaintiff's termination to the date of Plaintiff's reinstatement, pension match reimbursement, removal of all references of plaintiff's termination from all of Defendant's files, prohibit Defendant from subjecting Plaintiff to random drug test based upon the termination and compensatory and consequential damages.

2. <u>Pending Motions and Case Plan</u>

  A. No pending motions.

  B. Discovery Plan

    A. Both parties will request written discovery and depositions.

    B. Both parties will submit Rule 26(a)(1) disclosures by June 10, 2008.

    C. Fact discovery to be completed by November 30, 2008.

    D. Expert discovery to be completed by November 30, 2008.

    E. Dispositive motions to be filed by January 16, 2009.

    F. Final pretrial order to be filed by April 15, 2009.

  C. Trial- A jury trial has been requested. The parties anticipate that the case will be ready for trial by June 15, 2009 and should take approximately three to five days.

3. <u>Consent to Proceed Before a Magistrate Judge</u>

_____The parties do not, at this time, consent to proceed before the magistrate judge

4. <u>Status of Settlement Discussions</u>

The parties have engaged in preliminary discussions and requests a settlement conference.

By: /s/ _____     By: /s/ _____
    Attorney for Plaintiff, Ronald         Attorney for Defendant, Chicago
    Robinson                                Transit Authority

Teresa Searcy Woods                     Brad L. Jansen
Law Offices of Teresa Searcy Woods, P.C,   Chicago Transit Authority
30 North LaSalle Street, Suite 3400     Law Department
Chicago, IL 60602                       P.O. Box 7564
(312) 558-3200                          Chicago, Illinois 60680
#6209994                                (312) 681-2950

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD ROBERTSON, ) | | |
| Plaintiff, ) | | |
| v. ) | NO. | 08 C 1860 |
| ) | | |
| CHICAGO TRANSIT AUTHORITY, ) | Judge Amy St. Steve | |
| ) | | |
| Defendant. ) | Magistrate Judge Mason | |

JOINT INITIAL STATUS REPORT

Pursuant to order of the court dated April 8, 2008, the parties, Plaintiff, Ronald Robertson, by his attorney, Law Offices of Teresa Searcy Woods, P.C. and Defendant, Chicago Transit Authority, by its attorney, Brad L. Jansen, hereby file their Report of Parties Planning Meeting, and submit the initial status report.

1. The Nature of the Case

    A. Lead attorneys are:
    Teresa Searcy Woods, attorney for Plaintiff, Ronald Robertson, ("Robertson")
    Brad L. Jansen, attorney for Defendant, Chicago Transit Authority ("CTA")

    B. The basis for federal jurisdiction is 28 U.S.C. 1343 (a)3 and (4) and 28 U.S. C. 1331.

    C. Plaintiff, Robertson, asserts that he was discriminated against by Defendant, CTA on the basis of his race, black, and suffered harassment, disparate treatment, a hostile work environment. Plaintiff also asserts that he suffered retaliation after engaging in protected activity.

    D. Legal Issues: Whether Defendant discriminated against Plaintiff on the basis of his race, black. Whether Defendant retaliated against Plaintiff after Plaintiff engaged in protected activity.

    Factual Issues: Plaintiff asserts that from 1998 up to the date of Plaintiff's termination, Defendant harassed Plaintiff and subjected Plaintiff to different terms and conditions than White employees. Defendant denies all allegations. Plaintiff asserts that on March 17, 2005 Defendant retaliated

        against Plaintiff for engaging in protected activity and terminated Plaintiff. Defendant denies all allegations.

    E.    Plaintiff seeks back pay from the date of Plaintiff's termination to the date of Plaintiff's reinstatement, pension match reimbursement, removal of all references of plaintiff's termination from all of Defendant's files, prohibit Defendant from subjecting Plaintiff to random drug test based upon the termination and compensatory and consequential damages.

2.    <u>Pending Motions and Case Plan</u>

    A.    No pending motions.

    B.    Discovery Plan

        A.    Both parties will request written discovery and depositions.

        B.    Both parties will submit Rule 26(a)(1) disclosures by June 10, 2008.

        C.    Fact discovery to be completed by November 30, 2008.

        D.    Expert discovery to be completed by November 30, 2008.

        E.    Dispositive motions to be filed by January 16, 2009.

        F.    Final pretrial order to be filed by April 15, 2009.

    C.    Trial- A jury trial has been requested. The parties anticipate that the case will be ready for trial by June 15, 2009 and should take approximately three to five days.

3.    <u>Consent to Proceed Before a Magistrate Judge</u>

_____The parties do not, at this time, consent to proceed before the magistrate judge

4.    <u>Status of Settlement Discussions</u>

The parties have engaged in preliminary discussions and requests a settlement conference.

| | |
|---|---|
| By: /s/_____ <br>     Attorney for Plaintiff, Ronald Robinson | By: /s/_____ <br>     Attorney for Defendant, Chicago Transit Authority |
| Teresa Searcy Woods <br> Law Offices of Teresa Searcy Woods, P.C, <br> 30 North LaSalle Street, Suite 3400 <br> Chicago, IL 60602 <br> (312) 558-3200 <br> #6209994 | Brad L. Jansen <br> Chicago Transit Authority <br> Law Department <br> P.O. Box 7564 <br> Chicago, Illinois 60680 <br> (312) 681-2950 |

Case 1:08-cv-01860    Document 15-2    Filed 05/07/2008    Page 4 of 4

CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certify that the foregoing Joint Initial Status Report was electronically filed on May 7, 2008, which constitutes service to Brad L. Jansen, attorney for Chicago Transit Authority, who is a registered participant of the CM/ECF system..


_____/s/ Teresa Woods
                                    Law Offices of Teresa Searcy Woods, P.C,
                                     30 North LaSalle Street, Suite 3400
                                    Chicago, IL 60602
                                    (312) 558-3200
                                    #6209994