# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Ronald Robertson

                            Plaintiff,

v.                                              Case No.: 1:08−cv−01860
                                                Honorable Amy J. St. Eve

Chicago Transit Authority

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

        MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on
5/12/2008. Case referred to Magistrate Judge Mason to conduct a settlement conference. (
Status hearing set for 7/23/2008 at 08:30 AM. Rule 26(a)(1) disclosures due 6/10/2008.
Written discovery to be issued by 6/17/2008. Fact discovery ordered closed by
11/28/2008. Dispositive motions with supporting memoranda due by 1/16/2009.)Mailed
notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.