**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ronald Robertson

                    Plaintiff,

v.                                                    Case No.: 1:08–cv–01860
                                                      Honorable Amy J. St. Eve

Chicago Transit Authority

                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: SETTLEMENT CONFERENCE.(tmh, )Mailed notice.

Dated: May 12, 2008

                                   /s/ Amy J. St. Eve

                              United States District Judge