# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                     Case Number: 08 C 1860

Ronald Robertson
        Plaintiff,

v.

Chicago Transit Authority

        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO TRANSIT AUTHORITY

| | |
|---|---|
| NAME (Type or print) <br> JUDITH A. KELLEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Judith A. Kelley | |
| FIRM <br> CHICAGO TRANSIT AUTHORITY | |
| STREET ADDRESS <br> 567 WEST LAKE STREET | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS  60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216339 | TELEPHONE NUMBER <br> (312) 681-2929 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |