**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ronald Robertson
                        Plaintiff,

v.                                                Case No.: 1:08–cv–01860
                                                         Honorable Amy J. St. Eve

Chicago Transit Authority
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Settlement conference held on 7/3/2008. Parties were not able to reach an agreement to settle the case at this time. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Case no longer referred to Honorable Michael T. Mason.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.