# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro vice as provided for by Local Rule 83.12 through 83.14.

---

In the Matter of                                                    Case Number:  08 C 1860

RONALD ROBERTSON,
                              Plaintiff,

                              v.

CHICAGO TRANSIT AUHTORITY,

                              Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CHICAGO TRANSIT AUTHORITY**

| | |
|---|---|
| NAME (Type or print) <br> Brigett R. Pawlak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>       s/Brigett R. Pawlak | |
| FIRM <br> CHICAGO TRANSIT AUTHORITY | |
| STREET ADDRESS <br> 567 WEST LAKE STREET | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS  60661-1498 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS <br> 6278210 | TELEPHONE NUMBER <br> (312) 681-2934 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐   NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐          NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐     NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?
                                                            YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐               APPOINTED COUNSEL ☐