## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **RONALD ROBERTSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 08 CV 1860** |
| **v.** | ) | **Judge Amy J. St. Eve** |
| | ) | **Magistrate Judge Mason** |
| **CHICAGO TRANSIT AUTHORITY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED MOTION FOR PROTECTIVE ORDER

PLAINTIFF and DEFENDANT stipulate to the entry of a Protective Order in the form as submitted to Judge Amy St. Eve electronically at Proposed_Order_St_Eve@ilnd.uscourts.gov today, pursuant to Judge St. Eve's Case Management Procedures.

Dated:  August 25, 2008

                         Respectfully submitted,

                         By: s/   Judith A. Kelley_____
                              Attorney
                              for Defendant Chicago Transit Authority

Brad L. Jansen
Judith A. Kelley
Brigett Pawlak
Chicago Transit Authority
Law Dept.
567 W. Lake Street  6th Floor
Chicago, Illinois 60661
(312) 681-2929
Fax: (312) 681-2995
jkelley@transitchicago.com

212328v1

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, hereby certifies that the foregoing **AGREED MOTION FOR PROTECTIVE ORDER** was electronically filed on August 25, 2008, which constitutes service to Teresa Searcy Woods, Esq., attorney for plaintiff, who is a registered participant of the CM/ECF system.

/s_Judith A. Kelley_____
Chicago Transit Authority
Law Dept.
567 W. Lake Street  6th Floor
Chicago, Illinois 60661
(312) 681-2929
Fax: (312) 681-2995
jkelley@transitchicago.com

212328v1