UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RONALD ROBERTSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 08 CV 1860** |
| **v.** ) | **Judge Amy J. St. Eve** |
| ) | **Magistrate Judge Mason** |
| **CHICAGO TRANSIT AUTHORITY** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

TO:   Teresa Searcy Woods, Esq.
      Law Offices of Teresa Searcy Woods, P.C.
      30 North LaSalle Street, Suite 3400
      Chicago, IL 60602

   PLEASE TAKE NOTICE that on Wednesday, September 3, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her stead, in Room 1241 of the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present defendant Chicago Transit Authority's AGREED MOTION FOR PROTECTIVE ORDER, a copy of which is served upon you.

Dated:  August 25, 2008

                                By: s/ Judith A. Kelley_____
                                    Attorney for Defendant
                                    Chicago Transit Authority

Brad L. Jansen
Judith A. Kelley
Brigett Pawlak
Chicago Transit Authority
Law Dept.
567 W. Lake Street  6th Floor
Chicago, Illinois 60661
(312) 681-2929
Fax: (312) 681-2995
jkelley@transitchicago.com

216494v1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the foregoing **NOTICE OF MOTION** was electronically filed on August 25, 2008, which constitutes service to Teresa Searcy Woods, Esq., attorney for plaintiff, who is a registered participant of the CM/ECF system.

      /s_Judith A. Kelley_____
      Chicago Transit Authority
      Law Dept.
      567 W. Lake Street  6th Floor
      Chicago, Illinois 60661
      (312) 681-2929
      Fax: (312) 681-2995
      jkelley@transitchicago.com